EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Enrique J. Lago Giberga | 2001 TSPR 32 |

Número del Caso: TS-5149

Fecha: 9/marzo/2001

Oficina del Procurador General:

                                      Lcda. Cynthia Iglesias Quiñones
                                      Procuradora General Auxiliar

Abogado de la Parte Querellada:

                                      Lcdo. Rafael M. Santiago Rosa

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

    Enrique J. Lago Giberga         TS-5149

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de marzo de 2001.

Vista la *Moción Solicitando Reinstalación al Ejercicio de la Abogacía* presentada por Enrique J. Lago Giberga el 23 de marzo de 2000, a la luz del *Informe del Procurador General* de 30 de enero de 2001 y de los demás escritos sometidos, se autoriza la reinstalación de Lago Giberga al ejercicio de la abogacía, efectivo al día de hoy.

Notifíquese por escrito y vía telefónica.

Publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

                           Carmen E. Cruz Rivera
                              Subsecretaria del Tribunal Supremo